ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Alston Construction Company, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br>vs.<br><br>ALSTON CONSTRUCTION COMPANY, INC., a California corporation; KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation; ARIA RESORT & CASINO, LLC, a Nevada limited liability company; MGM RESORTS INTERNATIONAL, a Nevada corporation; BELLAGIO, LLC, a Nevada limited liability company; and KENNETH M. MERCURIO, an individual,<br><br>Defendants. | Case No.: 2:18-cv-00416-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR ALSTON CONSTRUCTION COMPANY, INC. TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs the Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; the Board of Trustees of the Construction Industry and Laborers Vacation Trust; and the Board of Trustees of Southern Nevada Laborers Local 872 Training Trust, ("Plaintiffs") and

Defendant Alston Construction Company, ("Alston Construction") by and through their respective undersigned counsel, hereby stipulate and agree to extend the time for Alston Construction to answer Plaintiffs' Complaint related to alleged liability for a subcontractors contributions to an ERISA trust fund (the "Complaint"). This is the first request for an extension of time to respond to the Complaint.

This extension is requested because Defendant Alston Construction only recently retained defense counsel in this matter. In order to become familiar with the case, Defendant's counsel requires additional time to complete their response to the Complaint, as well as explore the potential of resolution with the Plaintiffs. By way of the instant stipulation, the parties agree to extend the deadline for Alston Construction to file its responsive pleadings for an additional thirty (30) days, up to and including April 25, 2018.

This stipulation is made in good faith and is not intended for purposes of delay, but in the interest of judicial economy.

Dated this 26th day of March, 2018.

| THE URBAN LAW FIRM | OGLETREE, DEAKS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/ Nathan R. Ring* | */s/ Anthony L. Martin* |
| Michael A. Urban | Anthony L. Martin |
| Nathan R. Ring | Wells Fargo Tower, Suite 1500 |
| 4270 S. Decatur Blvd., Suite A-9 | 3800 Howard Hughes Parkway |
| Las Vegas, NV 89103 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Alston Construction* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

3/27/2018
DATE