MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

RONALD KRAMER, ESQ. (pro hac vice petition forthcoming)
rkramer@seyfarth.com
CHRISTOPHER W. KELLEHER, ESQ. (pro hac vice petition forthcoming)
ckelleher@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Dr., Ste. 8000
Chicago, IL 60606
Phone: 312-460-5560
Fax: 312-460-7000

Attorneys for Defendant,
Kiewit Infrastructure West Co.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALSTON CONSTRUCTION COMPANY, INC., et al., <br><br> Defendants. | Case No.: 2:18-cv-000416-APG-GWF |

## STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT KIEWIT INFRASTRUCTURE WEST CO. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

### [FIRST REQUEST]

Defendant KIEWIT INFRASTRUCTURE WEST CO. ("Kiewit"), and Plaintiffs THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, THE BOARD OF TRUSTEES OF THE

CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST, and THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST ("Plaintiffs"), by their attorneys and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, hereby stipulate and agree to an extension of time for Kiewit to file an answer or otherwise respond to Plaintiffs' Complaint. In support of this Stipulation, Kiewit states as follows:

1. Plaintiffs filed their Complaint on March 7, 2018. (Dkt. No. 1).

2. Plaintiffs served the Complaint on Kiewit on March 12, 2018. (Dkt. No. 9).

3. Kiewit's deadline to answer or otherwise respond to Plaintiffs' Complaint is April 2, 2018. (Dkt. No. 9).

4. Kiewit recently retained its undersigned counsel. Kiewit and its counsel need additional time to properly evaluate and investigate the claims and allegations set out in Plaintiffs' Complaint. Therefore, Kiewit requires a 30-day extension, up to and including May 2, 2018, to respond to Plaintiffs' Complaint.

5. Counsel for Kiewit conferred with counsel for Plaintiffs on March 28, 2018 and counsel for Plaintiffs agreed to extend Kiewit's deadline to answer or otherwise respond to Plaintiff's Complaint by 30 days, up to and including May 2, 2018.

6. This is Kiewit's first request for an extension of time to answer Plaintiffs' Complaint. On March 26, 2018, Defendant Alston Construction Co., Inc. filed a stipulation and order to extend Alston Construction Co., Inc.'s time to file a response to Plaintiff's Complaint. (Dkt. No. 10). On March 27, 2018, the Court entered an order granting Alston Construction Co. Inc.'s request. (Dkt. No. 11).

WHEREFORE, Defendant Kiewit Infrastructure West Co. respectfully requests that the Court grant an extension of time for it to answer or otherwise respond to Plaintiffs' Complaint up to and including May 2, 2018.

| | |
|---|---|
| Dated this 30th day of March 2018 | Dated this 30th day of March 2018 |
| THE URBAN LAW FIRM | BAUMAN LOEWE WITT & MAXWELL |
| /s/ Nathan R. Ring | /s/ Michael C. Mills |
| MICHAEL A. URBAN, ESQ.<br>Nevada Bar No. 003875<br>NATHAN R. RING, ESQ.<br>Nevada Bar No. 012078<br>4270 S. Decatur Blvd, Suite A-9<br>Las Vegas, NV 89103<br>Phone: 702-968-8087<br>Fax: 702-968-8088<br>Attorneys for Plaintiffs,<br>BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al. | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax: 702-240-4267<br><br>RONALD KRAMER<br>CHRISTOPHER W. KELLEHER<br>(pro hac vice petitions forthcoming)<br>Seyfarth Shaw LLP<br>233 S. Wacker Dr., Suite 8000<br>Chicago, Illinois 60606-6448<br>Phone: 312-460-5560<br><br>Attorneys for Defendant,<br>Kiewit Infrastructure West Co. |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

DATED: 04/02/2018