Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso @greeneinfusolaw.com
kbarlow@greeneinfusolaw.com

Attorneys for Defendant MGM Resorts International

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ALSTON CONSTRUCTION COMPANY, INC., a California corporation; KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation; ARIA RESORT & CASINO, LLC, a Nevada limited liability company; MGM RESORTS INTERNATIONAL, a Nevada corporation; BELLAGIO, LLC, a Nevada limited liability company; and KENNETH M. MERCURIO, an individual,<br><br>Defendants. | 2:18-cv-00416-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEFENDANT MGM RESORTS INTERNATIONAL'S DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT**<br>**(Fourth Request)** |

Pursuant to the provisions of Federal Rule of Civil Procedure 6 and Local Rules IA 6-1 and 7-1, Plaintiffs The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; The

| | |
|---|---|
| 1 | Board of Trustees of Southern Nevada Laborers Local 872 Training Trust (collectively |
| 2 | "Plaintiffs") and Defendants Aria Resort & Casino, LLC, MGM Resorts International, and |
| 3 | Bellagio, LLC ("Defendants"), by and through their attorneys, hereby stipulate and agree to an |
| 4 | extension of nine (9) days to June 7, 2018 of the deadline for Defendants to respond Plaintiffs' |
| 5 | Complaint presently set for May 29, 2018. This is the fourth request for a continuation of this |
| 6 | deadline. Plaintiffs and Defendant hereby stipulate and agree to the following: |

WHEREAS, Defendants' deadline to respond to Plaintiffs' Complaint was currently on May 29, 2018;

WHEREAS, Defendant and Plaintiff jointly agree to an extension of Defendant's current deadline to June 7, 2018;

DATED this 1st day of June, 2018.  DATED this 1st day of June, 2018.

**GREENE INFUSO, LLP**  **THE URBAN LAW FIRM**

/s/ Michael V. Infuso  /s/ Nathan R. Ring
Michael V. Infuso, Esq.  Michael A. Urban, Esq.
Nevada Bar No. 7388  Nevada Bar No. 3875
Keith W. Barlow, Esq.  Nathan R. Ring, Esq.
Nevada Bar No. 12689  Nevada Bar No. 12078
3030 South Jones Boulevard, Suite 101  4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89146  Las Vegas, Nevada 89103

Attorneys for Defendant  Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6/04/2018