Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso @greeneinfusolaw.com
        kbarlow@greeneinfusolaw.com

Attorneys for Defendants Aria Resort & Casino, LLC,
MGM Resorts International, Bellagio, LLC, and
MGM Resorts Design and Development

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ALSTON CONSTRUCTION COMPANY, INC., a California corporation; KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation; ARIA RESORT & CASINO, LLC, a Nevada limited liability company; MGM RESORTS INTERNATIONAL, a Nevada corporation; BELLAGIO, LLC, a Nevada limited liability company; and KENNETH M. MERCURIO, an individual,<br><br>Defendants. | 2:18-cv-00416-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ARIA RESORT & CASINO, LLC, MGM RESORTS INTERNATIONAL, AND BELLAGIO, LLC, AND ADD MGM RESORTS DESIGN AND DEVELOPMENT AS THE REAL PARTY IN INTEREST** |

Pursuant to the provisions of Federal Rule of Civil Procedure 17 and 41, Plaintiffs, The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of

1

the Construction Industry and Laborers Vacation Trust; The Board of Trustees of Southern Nevada Laborers Local 872 Training Trust (collectively "Plaintiffs"), and Defendants, Aria Resort & Casino, LLC, MGM Resorts International, and Bellagio, LLC ("Defendants"), by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, Defendants shall be dismissed from this action, without prejudice;

WHEREAS, MGM Resorts Design and Development "(MRDD") is the real party in interest in this litigation and Plaintiffs' allegations against Defendants are against MRDD;

WHEREAS, MRDD shall be substituted in place and stead of Defendants and added as a party defendant; and

WHEREAS, MRDD shall file its answer to Plaintiffs' Complaint within five (5) days of the Court's approval of this stipulation.

DATED this 7th day of June, 2018.

**GREENE INFUSO, LLP**

/s/ Michael V. Infuso
Michael V. Infuso, Esq.
Nevada Bar No. 7388
Keith W. Barlow, Esq.
Nevada Bar No. 12689
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

Attorneys for Defendants

DATED this 7th day of June, 2018.

**THE URBAN LAW FIRM**

/s/ Nathan R. Ring
Michael A. Urban, Esq.
Nevada Bar No. 3875
Nathan R. Ring, Esq.
Nevada Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 7, 2018.