**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
***Counsel for Plaintiffs Laborers Joint Trust Funds***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,

Plaintiffs,

vs.

ALSTON CONSTRUCTION COMPANY, INC., a California corporation; KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation; ARIA RESORT & CASINO, LLC, a Nevada limited liability company; MGM RESORTS INTERNATIONAL, a Nevada corporation; BELLAGIO, LLC, a Nevada limited liability company; and KENNETH M. MERCURIO, an individual,

Defendants.

CASE NO: 2:18-CV-00416-APG-GWF

**STIPULATION FOR DISMISSAL OF DEFENDANT KIEWIT INFRASTRUCTURE WEST CO. WITH PREJUDICE AND ORDER THEREON**

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of The Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; The Board of Trustees of Southern

Nevada Laborers Local 872 Training Trust ("Plaintiffs"), by and through their counsel of record, The Urban Law Firm, and Defendant, Kiewit Infrastructure West Co., a Delaware corporation, by and through its counsels of record, Bauman Loewe Witt & Maxell and Seyfarth Shaw LLP, and subject to the approval and Order of the Court, as follows:

1. A resolution of the above-entitled action has been entered into and agreed to by the Plaintiffs and Defendant Kiewit Infrastructure West Co. only.
2. Each side will bear their own attorney's fees and costs.
3. Plaintiffs and Defendant request dismissal of Kiewit Infrastructure West Co. with prejudice.

Dated: October 23, 2018

**THE URBAN LAW FIRM**

By: */s/ Nathan R. Ring*
Nathan R. Ring, Nevada State Bar No. 12078
*Counsel for Plaintiffs Laborers Trust Funds*

Dated: October 23, 2018

**BAUMAN LOEWE WITT & MAXELL**

By: */s/ Michael C. Mills*
Michael C. Mills, Nevada Bar No. 3534
*Counsel for Defendant Kiewit Infrastructure West Co.*

**SEYFARTH SHAW LLP**

By: */s/ Ronald Kramer*
Ronald Kramer, Esq.
(admitted pro hac vice)
*Counsel for Defendant Kiewit Infrastructure West Co.*

**ORDER**

IT IS HEREBY ORDERED that Defendant Kiewit Infrastructure West Co. is dismissed from the above-entitled case with prejudice. Each side to bear their own attorney's fees and costs.

Dated: October 25, 2018.

UNITED STATES DISTRICT JUDGE