**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
                nring@theurbanlawfirm.com
*Counsel for Plaintiffs Laborers Joint Trust Funds*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> ALSTON CONSTRUCTION COMPANY, INC., a California corporation; KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation; ARIA RESORT & CASINO, LLC, a Nevada limited liability company; MGM RESORTS INTERNATIONAL, a Nevada corporation; BELLAGIO, LLC, a Nevada limited liability company; and KENNETH M. MERCURIO, an individual, <br><br> Defendants. | CASE NO: 2:18-CV-00416-APG-GWF <br><br> **ORDER** <br> **STIPULATION FOR DISMISSAL OF DEFENDANT MGM RESORTS DESIGN AND DEVELOPMENT WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of The Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; The Board of Trustees of Southern

Nevada Laborers Local 872 Training Trust ("Plaintiffs"), by and through their counsel of record, The Urban Law Firm, and Defendant, MGM Resorts Design and Development, a Nevada corporation, by and through its counsel of record, Greene Infuso, LLP, and subject to the approval and Order of the Court, as follows:

1. A resolution of the above-entitled action has been entered into and agreed to by the Plaintiffs and Defendant MGM Resorts Design and Development only.
2. Each side will bear their own attorney's fees and costs.
3. Plaintiffs and Defendants request dismissal of MGM Resorts Design and Development with prejudice.

Dated: October 31, 2018

**THE URBAN LAW FIRM**

By: */s/ Nathan R. Ring*
Nathan R. Ring, Nevada State Bar No. 12078
*Counsel for Plaintiffs Laborers Trust Funds*

Dated: October 31, 2018

**GREENE INFUSO, LLP**

By: */s/ Michael Infuso*
Michael Infuso, Nevada Bar No. 7388
*Counsel for Defendant MGM Design and Development*

## **ORDER**

IT IS HEREBY ORDERED that Defendant MGM Resorts Design and Development is dismissed from the above-entitled case with prejudice. Each side to bear their own attorney's fees and costs.

Dated: November 1, 2018.

UNITED STATES DISTRICT JUDGE

The Urban Law Firm
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103