# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Board of Trustees of the Construction Industry
and Laborers Health and Welfare Trust, et al

                Plaintiffs,
   v.

Alston Construction Company, Inc., et al

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00416-APG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Kenneth M. Mercurio is liable to the Vacation Fund in the amount of $12,194.98, which amount includes contributions of $4,212.00, interest of $502.33, and attorney's fees and costs of $7,480.15. The full judgment amount of $12,194.98 shall carry interest at the statutory post-judgment rate until paid in full.

DEFAULT JUDGMENT is hereby entered in favor of plaintiffs against defendant Kenneth M. Mercurio in the amount of $12,194.98.

  December 19, 2018                                     DEBRA K. KEMPI
Date                                                          Clerk

                                                                           /s/ M. Morrison
                                                                           Deputy Clerk