# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al., <br><br> Plaintiffs <br><br> v. <br><br> ALSTON CONSTRUCTION COMPANY, INC., et al., <br><br> Defendants | Case No.: 2:18-cv-00416-APG-GWF <br><br> **Order Closing Case** |

On December 19, 2018, I directed the plaintiffs to file a status report by January 7, 2019 stating whether any parties or claims remain in the case. The plaintiffs did not respond. I understand the lack of response to mean nothing remains of this case.

IT IS THEREFORE ORDERED that the clerk of court is instructed to close this case.

DATED this 10th day of January, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE